SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Sitel Operating Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOUISE WERDEN,<br><br>                Plaintiff,<br><br>vs.<br><br>SITEL OPERATING CORPORATION, a Delaware Corporation<br><br>                Defendant. | CASE NO.:  2:15-cv-02455-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Louise Werden ("Plaintiff") and Defendant Sitel Operating Corporation, ("Defendant" or "Sitel"), by and through their respective undersigned counsel that the above-entitled action shall be dismissed with prejudice, each party to

///
///
///
///
///
///

bear its own fees and costs.

Dated this 24th day of May, 2016.                Dated this 24th day of May, 2016.

LAW OFFICES OF MICHAEL P. BALABAN          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Michael P. Balaban                                       /s/ Dana B. Salmonson
_____                          _____
Michael P. Balaban                                           Suzanne L. Martin
10726 Del Rudini Street                                      Dana B. Salmonson
Las Vegas, NV 89141                                         Wells Fargo Tower
                                                             Suite 1500
*Attorneys for Plaintiff*                                    3800 Howard Hughes Parkway
                                                             Las Vegas, NV  89169

                                                             *Attorneys for Defendant Sitel Operating Corporation*

**ORDER**

IT IS SO ORDERED.

DATED: September 22, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

2